**KILPATRICK STOCKTON LLP**
Barry Benjamin (BMB 7350)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Of counsel*
Judy Powell
John S. Pratt
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEE VALLEY TOOLS, LTD., <br> VERITAS TOOLS, INC. (Canada), and <br> VERITAS TOOLS, INC. (USA), <br><br> Plaintiffs, <br><br> v. <br><br> WOODCRAFT SUPPLY LLC, <br> INDUSTRIAL BLADE COMPANY, and <br> ROBERT COSMAN, <br><br> Defendants. | Civ. No. 10-cv-6242 (CJS)(MWP) <br><br> **JURY TRIAL DEMANDED** |

**PLEASE TAKE NOTICE** that Andrew I. Gerber of the law firm Kilpatrick

Stockton LLP, 31 West 52nd Street, 14th Floor, New York, New York 10019, hereby appears in

the above-captioned action as attorney for Plaintiffs Lee Valley Tools, Ltd., Veritas Tools, Inc.

(Canada), and Veritas Tools, Inc. (USA).

Dated: New York, New York
        September 2, 2010

**KILPATRICK STOCKTON LLP**

By : /s/ Andrew I. Gerber
        Andrew I. Gerber (AG 0779)
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
agerber@kilpatrickstockton.com

*Attorneys for Plaintiffs*
*Lee Valley Tools, Ltd.*
*Veritas Tools, Inc. (Canada)*
*Veritas Tools, Inc. (USA)*

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2010, a true and correct copy of the foregoing

Notice of Appearance was served upon counsels of record by filing it electronically with the

Court's CM/ECF system.

By: /s/ Andrew I. Gerber
Andrew I Gerber