UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LEE VALLEY TOOLS, LTD, et al.,

    Plaintiffs,

v.

WOODCRAFT SUPPLY LLC, et al.,

    Defendants.

ORDER ADMITTING COUNSEL
*PRO HAC VICE*

10-CV-6242CJS

---

Upon defendant, Woodcraft Supply's, Motion to Admit Counsel *Pro Hac Vice* (Docket # 12), dated September 7, 2010, and the supporting Affidavit of John T. Refermat, sworn to on September 7, 2010, seeking the admission of Thomas O'Konski, *pro hac vice*, in order to appear and participate in the above-captioned matter on behalf of defendant Woodcraft Supply, and good cause having been shown, it is hereby

ORDERED, that the application of Thomas O'Konski to be admitted *pro hac vice*, is **GRANTED**; and it is further

ORDERED, that Thomas O'Konski is admitted *pro hac vice* to this Court for the purpose of representing defendant, Woodcraft Supply, in this lawsuit. **Such admission shall be effective upon the payment of the admission fee to the Clerk of the Court.**

**IT IS SO ORDERED.**

                                  MARIAN W. PAYSON
                                  United States Magistrate Judge

Dated: Rochester, New York
       September 9, 2010.