UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE VALLEY TOOLS, LTD., VERITAS TOOLS, INC. (Canada), and VERITAS TOOLS, INC. (USA),<br><br>Plaintiffs,<br><br>v.<br><br>WOODCRAFT SUPPLY LLC, INDUSTRIAL BLADE COMPANY, and ROBERT COSMAN,<br><br>Defendants. | Civ. No. 10-cv-6242 (CJS)(MWP)<br><br>**JURY TRIAL DEMANDED** |

# PLAINTIFFS' AMENDED RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Lee Valley Tools, Ltd., Veritas Tools, Inc. (Canada) and Veritas Tools, Inc. (USA), through their undersigned counsel, state that their parent company is Lee Valley Holdings Ltd., which owns 100% interest in each of these entities.

US2008 1631995.1

Dated: New York, New York

    September 28, 2010

        Respectfully submitted,

        KILPATRICK STOCKTON LLP

        By: _____/s/_____
        Barry M. Benjamin (BB-7350)
        Andrew Gerber (AG 0779)
        31 West 52nd Street, 14th Fl.
        New York, New York  10019
        Tel:   (212) 775-8700
        Fax.:  (212) 775-8800
        bbenjamin@kilpatrickstockton.com

*Of counsel*
Judy Powell
John S. Pratt
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528
Tel:   (404) 815-6500
Fax:  (404) 815-6555
jpowell@kilpatrickstockton.com

***Attorneys for Plaintiffs***
***Lee Valley Tools, Ltd.***
***Veritas Tools, Inc. (Canada)***
***Veritas Tools, Inc. (USA)***