**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEE VALLEY TOOLS, LTD., VERITAS TOOLS, INC. (Canada), and VERITAS TOOLS, INC. (USA),<br><br>Plaintiffs,<br><br>v.<br><br>WOODCRAFT SUPPLY LLC, INDUSTRIAL BLADE COMPANY, and ROBERT COSMAN,<br><br>Defendants. | Civ. No. 10-cv-6242 (CJS)(MWP)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 8th day of October, 2010, a true and correct copy of Plaintiffs' Answer to Industrial Blade Company's Counterclaims was served upon counsels of record by filing it electronically with the Court's CM/ECF system.

By: _____
Alberto Garcia

US2008 1662468.1