UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE VALLEY TOOLS, LTD., VERITAS TOOLS, INC. (Canada), and VERITAS TOOLS, INC. (USA), <br><br> Plaintiffs, <br><br> v. <br><br> WOODCRAFT SUPPLY LLC, INDUSTRIAL BLADE COMPANY, and ROBERT COSMAN, <br><br> Defendants. | 10-CV-6242 (CJS) <br><br> STIPULATION OF DISMISSAL |

Pursuant to the Confidential Settlement Agreement between Lee Valley Tools, Ltd., Veritas Tools, Inc. (Canada), and Veritas Tools, Inc. (USA) (collectively, "Plaintiffs") on the one hand and Defendant Woodcraft Supply LLC ("Woodcraft") on the other hand, and good cause appearing, IT IS HEREBY ORDERED that:

Defendant Woodcraft is hereby dismissed with prejudice from the Complaint in this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Confidential Settlement Agreement between Plaintiffs and Woodcraft.

LEE VALLEY TOOLS, LTD.

By: *[signature]*
Print Name: ROBIN C. LEE
Title: PRESIDENT

VERITAS TOOLS, INC. (CANADA)

By: *[signature]*
Print Name: ROBIN C. LEE
Title: PRESIDENT

US2008 2232086.4

VERITAS TOOLS, INC. (USA)

By: _____

Print Name: ROBIN C. LEE

Title: PRESIDENT


WOODCRAFT SUPPLY LLC

By: _____

Print Name: Jeffrey E. Forbes

Title: President                    1/20/11


SO ORDERED:

_____
The Honorable Charles J. Siragusa
United States District Judge

Dated: Rochester, New York

_____, 2011

US2008 2232085.4