UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE VALLEY TOOLS, LTD., VERITAS TOOLS, INC. (Canada), and VERITAS TOOLS, INC. (USA),<br><br>Plaintiffs,<br><br>v.<br><br>WOODCRAFT SUPPLY LLC, INDUSTRIAL BLADE COMPANY, and ROBERT COSMAN,<br><br>Defendants. | 10-CV-6242 (CJS)<br><br>STIPULATION OF DISMISSAL |

Pursuant to the Confidential Settlement Agreement between Lee Valley Tools, Ltd., Veritas Tools, Inc. (Canada), and Veritas Tools, Inc. (USA) (collectively, "Plaintiffs") on the one hand and Defendant Robin Cosman ("Cosman") sued herein as Robert Cosman on the other hand, and good cause appearing, IT IS HEREBY ORDERED that:

Defendant Cosman is hereby dismissed with prejudice from the Complaint in this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Confidential Settlement Agreement between Plaintiffs and Cosman.

_____
Robin Cosman


_____
Robin C. Lee, President, Lee Valley Tools, Ltd.

- 6 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE VALLEY TOOLS, LTD., VERITAS TOOLS, INC. (Canada), and VERITAS TOOLS, INC. (USA),<br><br>Plaintiffs,<br><br>v.<br><br>WOODCRAFT SUPPLY LLC, INDUSTRIAL BLADE COMPANY, and ROBERT COSMAN,<br><br>Defendants. | 10-CV-6242 (CJS)<br><br>STIPULATION OF DISMISSAL |

Pursuant to the Confidential Settlement Agreement between Lee Valley Tools, Ltd., Veritas Tools, Inc. (Canada), and Veritas Tools, Inc. (USA) (collectively, "Plaintiffs") on the one hand and Defendant Robin Cosman ("Cosman") sued herein as Robert Cosman on the other hand, and good cause appearing, IT IS HEREBY ORDERED that:

Defendant Cosman is hereby dismissed with prejudice from the Complaint in this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Confidential Settlement Agreement between Plaintiffs and Cosman.

_____
Robin Cosman

/s/ Robin C. Lee
_____
Robin C. Lee, President, Lee Valley Tools, Ltd.

_____
Robin C. Lee, President, Veritas Tools, Inc. (Canada)

_____
Robin C. Lee, President, Veritas Tools, Inc. (USA)

SO ORDERED:

_____
The Honorable Charles J. Siragusa
United States District Judge

Dated: Rochester, New York

_____, 2011